UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:20-CR-00451

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SEIKEIDRICK ANTWON WILLIAMS | **ORDER** |

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that Defendant's proposed sealed document (Document Number 53) filed on January 6, 2022 be sealed until further order of the court.

It is further ORDERED that the Clerk of Court provide a filed copy of the sealed filing to counsel for the Government and Defendant.

This the __7__ day of January, 2022.

The Honorable James C. Dever III
United States District Judge